# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _JK_ D.C.

05 OCT 24 PM 5: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. **RICKY OWENS**                        Docket No. **2:91CR20153-02**

### Petition on Probation and Supervised Release

**COMES NOW** MARNIE KLYMAN **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Ricky Owens who was placed on supervision by the Honorable Jerome Turner sitting in the Court at Memphis, TN on the 2nd day of July, 1993, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to drug screens and drug programs as deemed necessary by the Probation Office.

2. The defendant shall pay restitution in the amount of $12,069.00. (Balance: $12,069.00)

\*      **Term of Supervised Release began July 28, 2005**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing Ricky Owens' monthly income and necessary monthly expenses, it appears that a sum of not less than Forty Dollars ($40.00) per month is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Ricky Owens' restitution payments be set at not less than Forty Dollars ($40.00) per month.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 24th day of Oct, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _Marnie Klyma_<br>Marnie Klyman<br>United States Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: October 20, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-25-05_

275

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 275 in case 2:91-CR-20153 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT